THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Domonique Blakney, Appellant.
 
 
 

Appeal From Richland County
J. Michelle Childs, Circuit Court Judge

Unpublished Opinion No. 2011-UP-317
 Submitted June 1, 2011  Filed June 21,
2011   

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Robert M. Dudek,
 of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Solicitor Daniel E. Johnson, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Domonique Blakney appeals his convictions for armed
 robbery, kidnapping, assault and battery of a high and aggravated nature, and
 criminal conspiracy, arguing his guilty plea did not comply with the mandates
 set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
HUFF, WILLIAMS and THOMAS,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.